594

60 So.2d 368

### Robert L. RUTLEDGE v. STATE.

4 Div. 693.

Supreme Court of Alabama.

Aug. 27, 1952.

Si Garrett, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., and Wm. H. Sanders, Montgomery, of counsel, for the petition.

Robt. B. Albritton and Baldwin & Baldwin, all of Andalusia, opposed.

GOODWYN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Rutledge v. State, 60 So.2d 360.

Writ denied.

LIVINGSTON, C. J., and FOSTER, LAWSON and STAKELY, JJ., concur.